UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JESSE LEAL,

    **Plaintiff,**

vs.

                                      Case No.: 2:20-cv-884-NPM

DELACRUZ ENTERPRISE'S INC., a Florida Profit Corporation; and CESAR LONGORIA, Individually,

    **Defendants.**        /

**STIPULATION OF DISMISSAL WITH PREJUDICE**

    COME NOW, the Parties to this action, by and through counsel, and pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal of this case, with prejudice, with all Parties to bear their own costs. This stipulation is self-executing and is effective to dismiss the case with prejudice once filed.  See *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

1

Respectfully submitted this 19th day of February, 2021.

| /s/ ANGELI MURTHY | /s/ MICHAEL F. KAYUSA |
|---|---|
| ANGELI MURTHY, ESQ., B.C.S. | MICHAEL F. KAYUSA, ESQ. |
| Florida Bar No. 088758 | Florida Bar No. 0472433 |
| MORGAN & MORGAN, P.A. | MICHAEL F. KAYUSA, |
| 8151 Peters Road, Suite 4000 | ATTORNEY AT LAW |
| Plantation, Florida 33324 | 2077 First Street, Suite 201 |
| Telephone: (954) 318-0268 | Fort Myers, FL 33901 |
| Facsimile: (954) 327-3016 | Telephone: 239.334.8200 |
| E-mail: amurthy@forthepeople.com | Email: mfk@mfkayusa.com |
| *Trial Counsel for Plaintiff* | *Trial Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send notification of such filing to counsel of record.

/s/ ANGELI MURTHY
ANGELI MURTHY, ESQ.